

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
\*   APRIL 18, 2023   \*
BROOKLYN OFFICE
23-CR-168
Judge Kiyo A. Matsumoto

April 18, 2023

**MEMORANDUM**

**TO MARC BROWN**
**Administrative Supervisor**
**U.S. Clerk's Office**
**Eastern District of New York**

<u>**RE:**</u> **JAMES, Henry**
<u>**REQUEST FOR ACCEPTANCE OF**</u>
<u>**TRANSFER OF JURISDICTION**</u>

Reference is made to the above-noted individual, who was sentenced in the Southern District of New York on August 4, 2015, by the Honorable Sidney J. Stein, U.S. District Judge (SDNY), to two hundred five (205) months custody followed by three (3) years supervised release, and a $200.00 special assessment fee. Special conditions include a drug treatment condition and a search condition.

James began supervision in the Eastern District of New York (EDNY) on June 25, 2022, due to his residency in Brooklyn. On March 1, 2023, U.S. District Judge Sidney J. Stein (SDNY) signed an order to transfer jurisdiction to EDNY following the submission of a report of non-compliance. Based on the above, we respectfully request that this case be docketed and assigned to a U.S. District Judge in order to address any future non-compliance locally.

RESPECTFULLY SUBMITTED:

ROBERT L. CAPERS
CHIEF U.S. PROBATION OFFICER

PREPARED BY: _____Ryan Lehr_____
                Digitally signed by Ryan Lehr
                Date: 2023.04.18 10:57:02 -04'00'
                Ryan Lehr
                U.S. Probation Officer

APPROVED BY: _____Petra deHaan_____
                Petra DeHaan
                Supervising U.S. Probation Officer

April 18, 2023